United States District Court
Eastern District of ~~Louisiana~~

Sherry Smith
vs
French Quarter Guest House

**14-1461**

**SECT. H MAG. 4**

## Complaint

My name is Sherry Smith and I Leave in the parish of Orleans, state of Louisiana. French Quarter Guest house in Located in the Parish of Orleans.
I am suing the following people

French Quarter Guest House of Oct 2013 I was hired by Ms Brenda Kouski General Mgmt for A housekeeping position I worked three months without no complaint. until the 12-03-2013 when I come in the day clock in for work and Mrs/Ms Brenda the general Mgmt told me that She need to speak with me. I was told by Ms Brenda the General Mgmt- That She had A problem with my height. I did say what seem to be the problem with my height She told me it was a problem on the Job and told me that her and the supervisor Trincee both Agreed that they did not won't me That I was fired! As A result of this I developed depression lose of income I had A 5 day eviction notice which force to leave with friend until I could get on my feet. Now that I have A part-time Job with Chris Owen I am still struggling to make end meet. I only been with for Chris Owens 2 months and the few dollar I make was used to simple survive. Now I am working I have A New Apt. But have not have been able to save ~~any~~ any funds due to outstanding Bill and living expensive.

Fee _____
Process _____
X_ Dktd
CtRmDep _____

The Reason I am filing this matter is because French Quarter Guest House denied me unemployment which I really needed it to survive so I am asking the Court for 75,000 for lose of income, lose of my Apartment money I used after I stated working Again to put down deposits, Electric, wAter, New Rent Deposits, and for my mental anguish cause by French Quarter Guest House, I had to pAy people to help me move to the New Apartment and I had to reimpursh people who let me live with them and borrow money to survive.

Sherry Smith
Sherry Smith
12151 I-10 Service Road
Apt 710
New Orlean LA, 70128
323-635-7356



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New Orleans Field Office**

1555 Poydras St., Suite 1900
New Orleans, LA  70112
National Contact Center:  (800) 669-4000
National Contact Center TTY:  (800) 669-6820
New Orleans Status Line:  (866) 408-8075
New Orleans Direct Dial: (504) 595-2826
TTY (504) 595-2958
FAX (504) 595-2884

Ms. Sherry Smith
2110 Royal Street Apt. 316
New Orleans, LA  70116

Re:   Sherry Smith v. French Quarter Guest House
      Charge No.: 461-2014-00705

Dear Ms. Smith:

The EEOC has carefully assessed and reviewed your charge of discrimination. Based on this review it has been determined that we are unable to find evidence that would justify the continuation of the investigation. Since the EEOC's resources are limited we are unable to pursue every possible lead in an investigation. Our determination not to continue the investigation does not mean that your charge has no merit or that the conduct of the employer is lawful. It simply means that based on the evidence we have reviewed or uncovered at this time we are unable to determine that a violation of the law exists.

The procedures of the EEOC require that we inform you promptly of this determination and provide you with a Notice of Right to Sue. This enables you to pursue your claim privately in court.  Please carefully read the enclosed information regarding your private suit rights.

This concludes our investigation of your charge. Under the law you are protected from retaliation for having filed a charge or because you participated in any way in the investigation of a charge of employment discrimination.  In the event you need further assistance from the EEOC, please contact us at 1 800 669-4000.   Additional information about this is available at www.eeoc.gov.

Sincerely,

MAY 1 2 2014
_____                              _____
Date                                            Marvis L. Hicks
                                                Investigator

**Enclosure**

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: **Sherry Smith**
P.O. Box 751046
New Orleans, LA 70115

From: **New Orleans Field Office**
1555 Poydras Street
Suite 1900
New Orleans, LA 70112

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2014-00705 | Ligita D. Landry, Acting Supervisory Investigator | (504) 595-2876 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____[signature]_____     MAY 1 2 2014

Keith T. Hill,
Field Director     (Date Mailed)

Enclosures(s)

cc: **FRENCH QUARTER GUEST HOUSE**
Human Resources Department
1005 St. Peter Street
New Orleans, LA 70116

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS   --   **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

PRIVATE SUIT RIGHTS   --   **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – not 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.  Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION   --   **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*